# In the United States Court of Federal Claims

No. 04-1298 C

(E-Filed: November 22, 2004)

GRASS VALLEY II INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to file its answer, dated November 19, 2004. For the reasons stated therein, defendant's motion is GRANTED. Defendant shall file its answer on or before Monday, January 3, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge